# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED

JAN 2 9 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

United States of America )
vs. ) Case No. 09-0010 DLB
Ali Reza Miller )
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Ali Reza Miller____, have discussed with ____Lydia J. Serrano____, Pretrial Services Officer, modifications of my release conditions as follows:

Adding the following condition: You shall submit to drug and/or alcohol testing as directed by the Pretrial Services Officer.

All previously ordered conditions to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 1-21-09    _____ 1-21-09
Signature of Defendant   Date       Pretrial Services Officer  Date
Ali Reza Miller                     Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____              1-28-09
Signature of Assistant United States Attorney   Date
Laurel Montoya

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____              1-28-09
Signature of Defense Counsel         Date
Harry Drandell

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on   1/28/09
☐ The above modification of conditions of release is *not* ordered.

_____              1/28/09
Signature of Judicial Officer        Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services